CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2020 - 5493   DIVISION "D"          SECTION: 12

SOMASIRI WARNASURIYA

VERSUS

LYFT, INC, XYZ INSURANCE COMPANY and XYZ DEFENDANT

FILED: _____

                                    _____
                                         DEPUTY CLERK

<u>PETITION FOR DAMAGES</u>

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, Somasiri Warnasuriya, a person of the full age of majority, domiciled in the Parish of St. Charles, State of Louisiana, who avers as follows:

1.

Made Defendants herein are:

- **Lyft, Inc.,** a foreign or domestic corporation, with C T CORPORATION SYSTEM as its agent for service of process, authorized to do and doing business in the State of Louisiana, and upon information and belief, the Transportation Network Company which Plaintiff was driving for at the time of the incident herein;

- **XYZ Insurance Company,** a fictitious insurance company, and upon information and belief, the insurer of Lyft, Inc. which provided liability coverage on the date of the accident, for the type of damages sought herein; and

- **XYZ Defendant,** a fictitious person of the full age of majority, and upon information and belief, the passenger involved in the incident herein;

2.

Venue is proper under Louisiana Code of Civil Procedure, Articles 42 and 74.

3.

On or about July 4, 2019, Plaintiff, Somasiri Warnasuriya, in the course of driving for the Lyft, Inc. ride share network, picked up a passenger from Kingpin Bar at 1307 Lyons Street in New Orleans, Louisiana. The passenger, in a heavily intoxicated state, proceeded to harass Mr. Warnasuriya with profane language. Mr. Warnasuriya, following Lyft protocol, pulled over on Prytania Street and Napoleon Avenue to let the passenger out of his vehicle when, suddenly and

EXHIBIT
1

without warning, the passenger grabbed Mr. Warnasuriya by his shirt collar and punched him multiple times on the right side of his head and then fled the scene. Mr. Warnasuriya immediately reported the incident to the New Orleans Police Department and Lyft, Inc. This incident resulted in Mr. Warnasuriya sustaining serious bodily injuries. Plaintiff strongly avers that Defendant's negligence and reckless disregard for the rights and public safety were the sole and proximate cause of the bodily injuries to Plaintiff.

**4.**

At all times relevant, XYZ Defendant, was the tortfeasor passenger involved in the incident at issue.

**5.**

At all times relevant, Defendant, Lyft, Inc., was the Transportation Network Company which Plaintiff was driving for at the time of the incident at issue. The Defendant, Lyft, Inc., through its employees arranged for the aggressor to be picked up without safeguarding for the Plaintiff's safety because it failed to screen the customers to be picked up.

**6.**

At all times relevant, Defendant, XYZ Insurance Company, was the insurer of Lyft, Inc. and provided liability coverage on the date of the accident, for the type of damages sought herein.

**7.**

The aforesaid Defendants are jointly and truly indebted unto your Plaintiff, severally for such damages as are reasonable in the premises, together with legal interest thereon from date of judicial demand until paid, for all costs of this proceeding, and for all general damages and equitable relief for the following, to wit:

**8.**

Plaintiff, Somasiri Warnasuriya, will show that the said incident was caused solely and proximately by the gross negligence of the Defendant, Lyft, Inc., through its employees, in the following non-exclusive respects:

1.  Presenting high risk of harm to Plaintiff driver by instructing him to pick up an intoxicated and dangerous passenger;

2.  Arranging for Plaintiff to pick up an intoxicated and dangerous passenger which led to Plaintiff sustaining serious injuries;

3.  Failing to take precautionary measures to secure the safety of Plaintiff while

engaging in Lyft, Inc.'s operations;

4.     Failing to exercise reasonable care in placing Plaintiff with an intoxicated, dangerous person which endangered Plaintiff's life;

5.     Failing to provide adequate warning to Plaintiff of the impending danger in picking up an aggressive and intoxicated, dangerous passenger;

6.     Failing to screen and reject the intoxicated, unruly and dangerous passenger who harmed Plaintiff;

7.     Failing to acquire knowledge of the intoxicated and dangerous passenger;

8.     Operating a business with no regards for the rights and safety of others;

9.     Failure to implement measures to safeguard Plaintiff's health and wellbeing while engaging in Lyft, Inc.'s operations;

10.     Failing to appreciate the dangerous conditions whereby it was substantially certain that serious injuries would occur given the unreasonably dangerous conditions under the circumstances; and

11.     Any other acts of omission and negligence which may be proven at trial.

**9.**

As a direct and proximate result of the said accident, Plaintiff, Somasiri Warnasuriya, has sustained painful and debilitating injuries and damages, which are serious in nature and requiring continuing medical care and treatment, the full residual and *sequella* are not known, but are serious in nature.

**10.**

Plaintiff, Somasiri Warnasuriya, itemizes his damages as follows:

a.     Past, present, and future physical pain and suffering;

b.     Past, present, and future medical, hospital, and pharmaceutical expenses;

c.     Past, present, and future full compensation for injuries;

d.     Past, present, and future mental anguish and emotional trauma;

e.     Past, present, and future loss of enjoyment of life; and loss of pursuit of happiness;

f.     Past, present, and future loss of income, past lost wages and ability to earn income or wages due to the personal injuries;

g.     Loss of love, affection, companionship, intimacy, as a result of Petitioner's injuries;

h.     Attorney's fees and court costs associated with this case;

i:      Any and all other damages itemized at the trial of this matter warranted by law.

WHEREFORE, Plaintiff, Somasiri Warnasuriya prays that Defendants, Lyft, Inc., XYZ Insurance Company and XYZ Defendant, be duly cited to appear and answer this Petition; that Defendants, XYZ Defendant, Lyft, Inc., XYZ Insurance Company and XYZ Defendant, be served with a copy thereof and that, after the lapse of all legal delays and due proceedings had, there be judgment herein in favor of the Plaintiff, Somasiri Warnasuriya, and against Defendants, Lyft, Inc., XYZ Insurance Company and XYZ Defendant, for physical pain and suffering, mental anguish, medical expenses, loss of income, loss of enjoyment of life and all as are reasonable in the premises. Plaintiff further prays that he be granted any and all such further relief for which he is entitled under the law.

Respectfully submitted,

LAW OFFICES OF PIUS A. OBIOHA & ASSOCIATES, L.L.C.

PIUS A. OBIOHA, BAR# 25810
1550 North Broad Street
New Orleans, LA 70119
Telephone:    (504) 265-0437
Facsimile:    (504) 265-0440
*Attorney for Plaintiff*

PLEASE SERVE:

1.  Lyft, Inc.
    *Through its agent for service of process:*
    C T CORPORATION SYSTEM
    3867 Plaza Tower Dr.
    Baton Rouge, LA 70816

A TRUE COPY

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA